IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

ALTON WILKERSON,

      Appellant,

v.
                                     Case No.  5D22-1676
                                     LT Case No. 2019-CF-004487-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed April 18, 2023

Appeal from the Circuit Court
for Marion County,
Robert W. Hodges, Judge.

Matthew J. Metz, Public Defender, and
Betty Wyatt, Assistant Public Defender,
Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Whitney Brown
Hartless, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

    AFFIRMED.


EISNAUGLE, JAY and KILBANE, JJ., concur.